Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT; and
UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

    Plaintiffs,

v.

JOHN DOE #9,

    Defendant.

CASE NO. C 07 4855 SI

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on San Francisco State University
4   to obtain the identity of Defendant John Doe # 9 ("Defendant") by serving a Rule 45 subpoena that
5   seeks documents that identify Defendant, including the name, current (and permanent) address and
6   telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7   disclosure of this information is consistent with San Francisco State University's obligations under
8   20 U.S.C. 1232g.
9   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11  under the Copyright Act.

DATED: _____      By: _____
                                        United States District Judge

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#32573 v1