1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT; and
7  UMG RECORDINGS, INC.

8

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10

11
12  SONY BMG MUSIC ENTERTAINMENT, a      CASE NO. C 07 4855 SI
    Delaware general partnership; and UMG
13  RECORDINGS, INC., a Delaware corporation,   CERTIFICATION OF INTERESTED
                                                ENTITIES OR PERSONS
14                  Plaintiffs,
15      v.
16  JOHN DOE #9,
17                  Defendant.
18
19
20
21
22
23
24
25
26
27
28

Certification of Interested Entities or Persons
Case No.
#32569 v1

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 | associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 | entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 | substantially affected by the outcome of this proceeding:

6 | The following companies are parents of, or partners in Plaintiff Sony BMG Music
7 | Entertainment: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
8 | Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
9 | Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
10 | Corporation is publicly traded in the U.S.

11 | The following companies are parents of, or partners in Plaintiff UMG Recordings, Inc.:
12 | Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
13 | Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
14 | publicly traded. Vivendi S.A. is publicly traded in France.

16 | Dated: September 20, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
SONY BMG MUSIC
ENTERTAINMENT; and UMG
RECORDINGS, INC.

---

1

Certification of Interested Entities or Persons
Case No.
#32569 v1