AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED |

C 07 4855 SI

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC. | DEFENDANT<br>JOHN DOE # 9 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK | DATE<br>21 SEP 2007 |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE # 9

**IP Address:** 130.212.163.118 2007-03-10 13:37:59 EST    **CASE ID#** 121320271

**P2P Network:** AresWarez    **Total Audio Files:** 354

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Santa Monica | Savage Garden | 299-097 |
| SONY BMG MUSIC ENTERTAINMENT | The Offspring | Americana | Americana | 264-015 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Affirmation | Affirmation | 276-120 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| UMG Recordings, Inc. | Godsmack | Voodoo | Godsmack | 241-879 |
| UMG Recordings, Inc. | Nirvana | All Apologies | In Utero | 172-276 |