IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br>  v.<br>JOHN DOE #9,<br>        Defendant._____/ | No. C-07-04855 SI<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

The Court GRANTS Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, and orders that Plaintiffs may serve immediate discovery on San Francisco State University to obtain the identity of Defendant John Doe # 9 ("Defendant") by serving a Rule 45 subpoena that seeks documents that identify the user of Internet Protocol ("IP") address 130.212.163.118 on March 10, 2007 at 13:37:59 EST. The documents may include the name, current (and permanent) address, telephone number, e-mail address, and Media Access Control Addresses for the user of IP address 130.212.163.118 on March 10, 2007 at 13:37:59 EST.

The Court further orders that any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

**IT IS SO ORDERED.**

Dated: October 10, 2007

                                                               *Susan Illston*
SUSAN ILLSTON
United States District Judge