Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>JOHN DOE #9,<br>　　　　　　　　Defendant. | CASE NO. 3:07-CV-04855-SI<br><br>Honorable Susan Illston<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04855-SI
#34580 v1

1     Plaintiffs respectfully request that the Court continue the case management conference currently set for January 15, 2008, at 2:00 p.m. to April 15, 2008. The Court, of its own accord, previously rescheduled the case management conference to its current date from the originally scheduled date of January 4, 2008. There is not yet a named defendant in this case.

    Plaintiffs filed the Complaint against Defendant John Doe #9 ("Defendant") on September 20, 2007. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on San Francisco State University ("SFSU"), so that Plaintiffs could obtain information sufficient to identify Defendant. On October 10, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on SFSU. On November 16, 2007, SFSU responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, telephone number, and address.

    After learning Defendant's identity, Plaintiffs sent a letter to Defendant on December 4, 2007 in hopes of resolving this dispute without further litigation. Since that time, Plaintiffs have spoken with Defendant by telephone and presented a settlement offer. If the parties reach a settlement, Plaintiffs will promptly file dispositional documents with the Court. If the parties are unable to resolve the dispute, Plaintiffs plan to file an amended complaint naming Defendant personally.

    Given the foregoing circumstances, and because there is not yet a named defendant in this case, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 15, 2008, at 2:00 p.m. to April 15, 2008.

Dated: December 20, 2007                  HOLME ROBERTS & OWEN LLP

                                                           By: _____*/s/ Matthew Franklin Jaksa*___
                                                                  MATTHEW FRANKLIN JAKSA
                                                                  Attorney for Plaintiffs

## **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 15, 2008, at 2:00 p.m. be continued to April 15, 2008.

Dated: _____    By: _____
  Honorable Susan Illston
  United States District Judge