1 | Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation, | CASE NO. 3:07-CV-04855-SI |
|---|---|
| Plaintiffs, | Honorable Susan Illston |
| v. | ***EX PARTE*** **APPLICATION FOR LEAVE OF COURT TO CONDUCT TELEPHONIC DEPOSITION AND [PROPOSED] ORDER** |
| TREVOR SPIETH AKA TREVOR RUNNELS, | |
| Defendant. | |

---

*EX PARTE* APPLICATION FOR LEAVE OF COURT TO CONDUCT TELEPHONIC DEPOSITION AND [PROPOSED] ORDER
Case No. 3:07-cv-04855-SI
#38586 v1

Pursuant to Federal Rule of Civil Procedure 30(b)(7), Plaintiffs hereby request leave of Court to take the telephonic deposition of Brittany Holmes. Along with this *ex parte* application, Plaintiffs have submitted to the Court an *ex parte* application to extend the time to serve defendant with process.

Plaintiffs hereby request for leave of Court so that Plaintiffs may proceed with discovery in this matter in order to serve Defendant Trevor Spieth ("Defendant") with the summons and complaint. Plaintiffs have been diligently attempting to serve Defendant with the summons and complaint, however have been unable to locate Defendant and find a valid address for him. Plaintiffs filed the complaint against Defendant on March 24, 2008. Before filing the complaint, Plaintiffs' counsel spoke with Defendant once on January 16, 2008. In this conversation, Plaintiffs' counsel described the nature of the case, and Defendant was informed that Plaintiffs were willing to negotiate a settlement before filing the First Amended Complaint against him. Although during this conversation Defendant admitted committing the copyright infringement at issue in this case, Defendant did not agree to settle and did not provide Plaintiffs with his address. Plaintiffs are diligently attempting to serve Defendant, and remain in the process of attempting to locate Defendant's address. However, recent attempts to serve Defendant at addresses discovered through investigation have proven unsuccessful.

Among other discovery efforts, Plaintiffs' counsel has attempted to contact Defendant's friend, Brittany Holmes, for the purpose of finding an address to serve Defendant with the summons and complaint. Zavala Declaration at ¶ 2. Ms. Holmes has not provided this information to Plaintiffs' counsel. *Id.* Plaintiffs' counsel therefore intends to depose Ms. Holmes for the purpose of discovering information that will be helpful in serving Defendant with the summons and complaint. Good cause for this request exists because Ms. Holmes resides in Sacramento, and the expense involved to take a live deposition is costly, especially in proportion to the amount at issue in this case; thus, Plaintiffs request leave of Court to take Ms. Holmes' deposition telephonically. *Id.* at ¶ 3. The proposed deposition would be recorded stenographically and/or through the use of video

1

recording.  Plaintiffs therefore respectfully request for leave of Court to take the telephonic deposition of Ms. Holmes for the sole purpose of discovering Defendant's address.

Dated:  July 16, 2008                          HOLME ROBERTS & OWEN LLP

By: _____/s/ Dawniell Alise Zavala_____
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that Plaintiffs shall be granted leave to Court to take the telephonic deposition of Ms. Brittany Holmes.  The deposition may be recorded stenographically and/or by video.

Dated: _____        By: _____
Honorable Susan Illston
United States District Judge