1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
5  Email:       dawniell.zavala@hro.com

6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  and UMG RECORDINGS, INC.

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  SONY BMG MUSIC ENTERTAINMENT, a            CASE NO. 3:07-CV-04855-SI
13  Delaware general partnership; and UMG
    RECORDINGS, INC., a Delaware corporation,  HONORABLE SUSAN ILLSTON
14
                    Plaintiffs,                **DECLARATION OF DAWNIELL ALISE
15                                             ZAVALA IN SUPPORT OF *EX PARTE*
         v.                                    APPLICATION FOR LEAVE OF COURT
16                                             TO CONDUCT TELEPHONIC
                                               DEPOSITION**
17
18  TREVOR SPIETH AKA TREVOR RUNNELS,

19                  Defendant.

---

## DECLARATION OF DAWNIELL ALISE ZAVALA

I, Dawniell Alise Zavala, under penalty of perjury, hereby declare:

1. I am an associate with the law firm of Holme Roberts & Owen LLP, which serves as lead national counsel for the record companies in all actions like the current case. I have personal knowledge of all facts set forth in this declaration, except as where stated on information and belief. As to such facts, I believe them to be true.

2. On information and belief, Eric Tracy, an investigator at Holme Roberts & Owen, discovered the name and contact information of Defendant's friend, Brittany Holmes through the normal course of investigation. Ms. Holmes resides in Sacramento, California. On June 5, 2008, Mr. Tracy spoke with Ms. Holmes for the purpose of finding an address to serve Defendant with the summons and complaint, but Ms. Holmes did not provide Mr. Tracy with Defendant's address. Instead, Ms. Holmes promised to call Mr. Tracy back with this information, but never did. Mr. Tracy again tried reaching Ms. Holmes on July 9, 2008 by leaving a message at her telephone number, but has not heard back from her regarding Defendant's whereabouts.

3. Because Ms. Holmes resides in Sacramento, a live deposition would be expensive, especially given the amount at issue in the case. Plaintiffs request to take a telephonic deposition to minimize cost. Further, the sole purpose of the deposition is to discover address and contact information or Defendant, for service of the summons and complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of July, 2008 at San Francisco, California.

_____
Dawniell Alise Zavala

DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF *EX PARTE* APPLICATION FOR DISCOVERY
Case No. 3:07-cv-04855-SI
#38618 v1

1