**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/15/08

Case No.   C-07-4855 SI            Judge:   SUSAN ILLSTON

Title: SONY -v- SPEITH

Attorneys: D. Zabala          n/a

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to   @ 2:30 p.m. for Further Case Management Conference

Case continued to   @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m. for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court will issue an order dismissing this case without prejudice.