IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT and
UMG RECORDINGS, INC.,

        Plaintiffs,

 v.

TREVOR SPIETH AKA TREVOR RUNNELS,

        Defendant.
                                          /

No. C 07-4855 SI

**DISMISSAL**

      This action is dismissed without prejudice for failure to serve defendant within the time prescribed by rule; *see* Rule 4(m), Fed. R. Civ. P. The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: August 19, 2008

                                              SUSAN ILLSTON
                                              United States District Judge