**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT and UMG RECORDINGS, INC.,

    Plaintiffs,

v.

TREVOR SPIETH AKA TREVOR RUNNELS,

    Defendant.

    /

No. C 07-4855 SI

**JUDGMENT**

This action is dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: August 19, 2008

SUSAN ILLSTON
United States District Judge